Clarke & Clarke, Fred T. Myers, F. C. Alderman and John W. Burton, for Appellees.

---

D. A. Ewing, et al., Plaintiffs in Error, v. D. G. Gordon, Defendant in Error.

Writ of error to judgment of Circuit Court for Santa Rosa County.

Writ of error dismissed on motion of counsel for Defendant in error.

T. F. West, for Plaintiff in Error;

J. W. Kehoe and Laird & McGeachey, for Defendant in Error.